**Opinion issued July 26, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-18-00350-CV

_____

### IN RE BOBBY B. DASH, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Bobby B. Dash, proceeding pro se, filed a petition for writ of mandamus seeking to have this Court compel the respondent district judge to rule on relator's pending motion for partial summary judgment, supplemental motion for summary judgment, and second motion for summary judgment in the underlying trial court proceeding.[1] This Court requested and received a response.

---

[1] The underlying proceeding is *Bobby B. Dash v. Parc Lake Estates Homeowners Association, Inc., and Carl Edward Bovermann, John Mgbere, Tracy Hermann*,

The real parties in interest filed a letter in this Court contending that the petition has been rendered moot after the respondent denied both of relator's motions on June 20, 2018, and they attached certified copies of the orders. Relator filed a letter in response requesting that this Court grant the petition first and then dismiss the case as moot. *See* TEX. R. APP. P. 56.2. However, because the respondent has ruled on relator's pending motions, this Court no longer has jurisdiction to grant relief because the petition is moot. *See Tex. A&M Univ.–Kingsville v. Yarbrough*, 347 S.W.3d 289, 290–91 (Tex. 2011); *In re Jackson*, No. 01–12–00020–CV, 2012 WL 405707, at *1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (mem. op.) (dismissing mandamus petition as moot after relator received relief requested).

Accordingly, we dismiss the petition for want of jurisdiction as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

---

Cause No. 2017-16096, in the 152nd District Court, Harris County, the Honorable Robert K. Schaffer presiding.

2